==============================================================================
### *UNITED STATES DISTRICT COURT*
### *---------- DISTRICT OF COLUMBIA -------*

UNITED STATES OF AMERICA

v.                                        CASE NO. : 19-182 RC

Khalil Wright

\* \* \* \* \* \*

## MOTION TO MODIFY TERMS OF SUPERVISED RELEASE

## O R D E R

This matter is before the Court on defendant Khalil Wright's Motion to Modify his terms of supervised release.

**ORDERED** that the defendant's Motion should be and hereby is **GRANTED** and that the Probation Department in Greenbelt, Maryland be allowed to supervise the defendant in a business where he is paid on a cash basis.

**SO ORDERED**.

_____

**Rudolph Contreras**
**Judge**, U. S. District Court
for the District of Columbia