UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal Action No.: 19-182 (RC)
:
KHALIL GRAY WRIGHT, :
:
Defendant. :

## ORDER

**GRANTING DEFENDANT'S MOTION TO MODIFY TERMS OF SUPERVISED RELEASE**

Upon consideration, Defendant's motion to modify the terms of his supervised release (ECF No. 34) is **GRANTED**. It is hereby:

**ORDERED** that the Probation Department in Greenbelt, Maryland be allowed to supervise the Defendant in a business where he is paid on a cash basis; and it is

**FURTHER ORDERED** that the Defendant must cooperate with any requests by the Probation Department to verify the source and amounts of payment.

SO ORDERED.

Dated: October 24th, 2019

RUDOLPH CONTRERAS
United States District Judge